UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                     Plaintiff,

v.                                                  Case No. 2:21-cr-20452-BAF-APP
                                                    Hon. Bernard A. Friedman

John R. Lynch,

                     Defendant(s),

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: John R. Lynch

The defendant(s) shall appear before District Judge Bernard A. Friedman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 110, Detroit, Michigan, for the following proceeding(s):

- SENTENCING: February 16, 2022 at 10:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                       By: s/J. Curry-Williams
                                                                           Case Manager

Dated: January 7, 2022